IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUAR'AN SHAKIR ABDUL-KHAALIQ, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No: |
| v. | ) ) |
| OFFICE DEPOT, INC., | ) ) |
| Defendant. | ) |

## PETITION FOR REMOVAL

TO: The Judges of the United States District Court, Northern District of Georgia

The Petition of Defendant OFFICE DEPOT, INC. respectfully shows the Court as follows:

1.

A civil action has been brought against the Petitioners in the State Court of Gwinnett County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. 22-C-03990-S2 in which Plaintiff is seeking a recovery of elements and items of damages which in total exceed $75,000.00 exclusive of post-judgment interest and costs.

2.

The Plaintiff is now, was at the time of the commencement of this action, and at all times since been a citizen and resident of the State of Georgia. Exhibit A at ¶ 1.

3.

Defendant OFFICE DEPOT, INC. is now, was at the time of the commencement of this lawsuit, and at all times since been a corporation organized and existing under the laws of the State of Delaware, having its principal place of business in Florida. *See* Exhibit A at ¶ 2; *See* also Exhibit G at ¶ 2.

4.

Defendant OFFICE DEPOT, INC. attaches the following exhibits which comprise the record of the state court:

Exhibit A:   The Summons and Complaint to Defendant Office Depot, Inc.;

Exhibit B:   General Civil/Dom Relations Case Filing Form (state court) (will supplement once we can receive the document from the court site as the court site is having technical problems);

Exhibit C:   Plaintiff's First Interrogatories to Defendant;

Exhibit D:   Plaintiff's First Request for Production of Documents to Defendant

Exhibit E:   Plaintiff's First Request for Admissions to Defendant;

Exhibit F:   Affidavit of Service to Defendant Office Depot, Inc. (will supplement once we can receive the document from the court site as the court site is having technical problems);

Exhibit G:   Answer of Office Depot, Inc.;

Exhibit H:   Rule 5.2 Certificate of Discovery;

Exhibit: I:   Notice of Leave of Absence of Kimberly Sheridan, Esq.;

Exhibit: J:   Notice of Leave of Absence of Michael Becker, Esq.

5.

Now within thirty (30) days after receiving notice, via Plaintiff's Complaint and also her Demand Letter (Exhibit K)[1], Defendant has filed this Petition for Removal of said action to this Honorable Court. This removal is timely because it has been filed within thirty (30) days of this Defendant learning of the existence of this Complaint (though at this Defendant denies proper service of process occurred).

6.

This action could not have originally been brought in this Court under 28 U.S.C. § 1332, because although Plaintiff and Defendant were completely diverse, Plaintiff did not plead an amount in controversy exceeding seventy-five thousand

---

[1] Specifically, Plaintiff listed the following as her special damages in her demand: past medical special damages of $26,237.67 and future medical expenses of $32,217, for a total medical specials of $58,454.67. Additionally, Plaintiff alleges she was unable to work after July 2021 due to the incident in suit and lost $6,500 per month as a result. Plaintiff also claims general damages.

dollars ($75,000), exclusive of interest and costs in her Complaint, however her demand constitutes "other paper" from which Defendant and the Court can ascertain that she seeks in excess of $75,000. *See* Exhibits A and K.

7.

As between the Plaintiff and Defendant, there exists complete diversity of citizenship under 28 U.S.C. § 1332(a).

8.

Pursuant to 28 U.S.C. § 1441, et seq., this action is removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

9.

Defendant has simultaneously filed a Notice of Removal in the State Court of Gwinnett County, State of Georgia. A copy of the Notice being filed with the State Court of Gwinnett County is attached hereto as Exhibit L.

WHEREFORE, Defendant OFFICE DEPOT, INC. files this Petition for Removal of said cause to this Court.

Respectfully submitted this the 31st day of August 2022.

Vernis & Bowling of Atlanta, LLC

*/s/Kimberly Sheridan*
Kimberly Sheridan, Esq.

Georgia Bar No.: 061028
Michael Becker, Esq.
Georgia Bar No. 529479
*Attorneys for Defendant Office Depot*

30 Perimeter Park Drive, Suite 200
Atlanta, GA 30341
(404) 846-2001
(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

Pursuant to LR 7.1D, the undersigned counsel certifies that the foregoing has been prepared in Times New Roman 14 point, one of the four fonts and points approved by the Court in LR 5.1B.

This the 31st day of August, 2022.

                    Vernis & Bowling of Atlanta, LLC

                    */s/Kimberly Sheridan*
                    Kimberly Sheridan, Esq.
                    Georgia Bar No.:  061028
                    Michael Becker, Esq.
                    Georgia Bar No. 529479
                    *Attorneys for Defendant Office Depot*

30 Perimeter Park Drive, Suite 200
Atlanta, GA 30341
(404) 846 – 2001
(404) 846 – 2002 (Fax)
ksheridan@georgia–law.com
mbecker@georgia–law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUAR'AN SHAKIR ABDUL-KHAALIQ, | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No: <br> ) <br> ) |
| v. | ) <br> ) |
| OFFICE DEPOT, INC., | ) <br> ) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2022, I electronically filed Petition for Removal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Christopher T. Conway, Esq.

Respectfully submitted this the 31st day of August 2022.

Vernis & Bowling of Atlanta, LLC

*/s/Kimberly Sheridan*
Kimberly Sheridan, Esq.
Georgia Bar No.: 061028
Michael Becker, Esq.
Georgia Bar No. 529479

*Attorneys for Defendant Office Depot*

30 Perimeter Park Drive
Suite 200
Atlanta, GA 30341
(404) 846-2001
(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com